No. 69. ENTERPRISE RAILWAY EQUIPMENT COMPANY, APPELLANT, *v.* NORFOLK & WESTERN RAILWAY COMPANY.  Appeal from the District Court of the United States for the Northern District of Illinois.  Submitted November 16, 1917.  Decided November 19, 1917.  *Per Curiam.*  Judgment affirmed with costs upon the authority of *Green* v. *Chicago, Burlington & Quincy Ry. Co.*, 205 U. S. 530; *W. S. Tyler Co.* v. *Ludlow-Saylor Wire Co.*, 236 U. S. 723.  *Mr. H. N. Low* and *Mr. George I. Haight* for appellant.  *Mr. Theodore W. Reath* and *Mr. Robert J. Fisher* for appellee.

---

No. 47. CHICAGO CAR HEATING COMPANY, APPELLANT, *v.* GOLD CAR HEATING & LIGHTING COMPANY.  Appeal from the District Court of the United States for the Northern District of Illinois.  Submitted November 9, 1917.  Decided November 19, 1917.  *Per Curiam.*  Judgment affirmed with costs upon the authority of *Green* v. *Chicago, Burlington & Quincy Ry. Co.*, 205 U. S. 530; *W. S. Tyler Co.* v. *Ludlow-Saylor Wire Co.*, 236 U. S. 723.  *Mr. Otto Raymond Barnett* for appellant.  *Mr. William A. Redding, Mr. Edward Rector* and *Mr. Arthur C. Frazer* for appellee.